COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING AND RECONSIDERATION EN BANC

Appellate case name:       In re O.O. and A.G.

Appellate case number:    01-15-00430-CV

Trial court case number:  2015-02330J

Trial court:                314th District Court of Harris County

Date motion filed:          August 28, 2015

Party filing motion:        Relators

It is ordered that the motion for rehearing and reconsideration en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ ___Evelyn V. Keyes_____
                    ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Huddle, and Lloyd.

The en banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: <u>October 6, 2015</u>